**RAND L. GELBER**
ATTORNEY AT LAW
ONE CHURCH STREET
SUITE 800
ROCKVILLE, MARYLAND 20850
301 251-0202
FACSIMILE 888-237-1617
EMAIL:Rand@RandLGelberLaw.com

MEMBER OF MARYLAND, VIRGINIA
and DISTRICT OF COLUMBIA BARS

March 2, 2016

Honorable Robert A. Gordon
United States Bankruptcy Court
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Charu Mehra
             Case No.: 15-21161 RAG
             AP#: 15-00419 RAG

Dear Judge Gordon:

     Pursuant to the Court's Scheduling Order and Rule 26(f) Report of October 28, 2005, this letter shall constitute the Joint Status Report from all counsel setting forth the status of the case.

     At this time, ECMC's Motion to Compel and for Sanctions is pending, having been filed on February 17, 2016. The Motion seeks to compel Plaintiff to respond to Interrogatories and Request for Production of Documents which were propounded on September 4, 2015, and for Sanctions. At this time, no response to the Motion as been filed.

     Notwithstanding the pending motion, the parties are prepared to proceed to trial on May 11, 2016 and to otherwise comply with the Scheduling Order with respect to the filing of Exhibit and Witness Lists, the filing of exhibits and the filing of the pre-trial statements.

                                 Very truly yours,

                                 /s/   Rand L. Gelber
                               Rand L. Gelber, Esquire
                               *Counsel for ECMC*

                               /s/   Michael Patrick Coyle
                               Michael Patrick Coyle
                               *Counsel for Plaintiff*

RLG:lmg